SHAUN ROWE *v.* COMMISSIONER
OF CORRECTION
(AC 31941)

Gruendel, Lavine and Espinosa, Js.

Submitted on briefs January 13—officially released January 31, 2012

Per Curiam. The appeal is dismissed.

DONALD ROBINSON *v.* COMMISSIONER
OF CORRECTION
(AC 32669)

Gruendel, Lavine and Espinosa, Js.

Submitted on briefs January 13—officially released January 31, 2012

Per Curiam. The appeal is dismissed.

GERARDO TORRES *v.* COMMISSIONER
OF CORRECTION
(AC 32177)

Beach, Robinson and Bear, Js.

Submitted on briefs January 13—officially released January 31, 2012

Per Curiam. The appeal is dismissed.